UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-CR-00220-VAB |
| v. | |
| MAHESH PATEL, et al. | December 27, 2021 |

### NOTICE REGARDING AGREEMENT ON INITIAL DISCOVERY

Pursuant to Section (A) of the Court's Standing Order on Discovery, the United States of America hereby informs the Court that the parties in the above-captioned case have conferred and reached agreement on a timeframe for the Government's initial pretrial disclosure under Federal Rule of Criminal Procedure 16.1 and the Standing Order. Specifically, the parties anticipate submitting a joint proposed protective order to the Court no later than January 7, 2022 and, provided that the proposed protective order is acceptable to the Court, the Government will make its initial pretrial disclosure to Defendants[1] within three business days after entry of the protective order.

Respectfully submitted,

*/s/ T. Jakob Sebrow*
T. JAKOB SEBROW
Trial Attorney
Antitrust Division – New York Office
U.S. Department of Justice
tzvi.sebrow@usdoj.gov
(202) 644-3381

---

[1] Two of the six Defendants in the case—Mahesh Patel and Gary Prus—have not yet been arraigned and, accordingly, the 14-day timeframe for the Government's initial pretrial disclosure has not commenced as to those Defendants. The Government nonetheless anticipates making its initial pretrial disclosure to all Defendants on the schedule described in this Notice.