UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21CR220 (VAB) |
| v. | |
| MAHESH PATEL, et. al. | February 8, 2022 |

### JOINT MOTION TO CONTINUE JURY SELECTION AND FOR SCHEDULING ORDER

The United States of America and the defendants, Mahesh Patel, Robert Harvey, Harpreet Wasan, Steven Houghtaling, Tom Edwards, and Gary Prus, by their respective attorneys, respectfully move this Court to continue jury selection in this case until March 27, 2023 and for a scheduling order consistent with the one discussed at the scheduling conference on February 2, 2022. The parties submit the below proposed schedule, discussed during the February 2, 2022 conference:

| | |
|---|---|
| Motion for Bill of Particulars (if any): | April 5, 2022 |
| Government's Response: | April 26, 2022 |
| Defendants' Reply: | May 10, 2022 |
| Defendants' Substantive Pretrial Motions: | September 7, 2022 |
| Government's Response: | October 19, 2022 |
| Defendants' Reply: | November 9, 2022 |
| Oral Argument and Scheduling Conference: | Early December 2022 (at court's convenience) |
| Jury Selection: | March 27, 2023 |

1

Consistent with its oral findings on the record at the February 2, 2022 conference, the parties further ask the Court to enter an order confirming the exclusion of time from February 2, 2022 to March 27, 2023 for purposes of the Speedy Trial Act under 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance outweigh the best interest of the public and the defendants in a speedy trial based on the nature and complexity of the case, *id.* § 3161(h)(7)(B)(ii), and the anticipation of pretrial motions, *id.* § 3161(h)(1)(D), which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established under *id.* § 3161.

        Respectfully submitted,

        */s/ Carrie A. Syme*

        CARRIE A. SYME
        ASSISTANT CHIEF, NEW YORK OFFICE
        U.S. Department of Justice, Antitrust Division
        26 Federal Plaza, Room 3630
        New York, NY 10278
        Tel.: (646) 541-7333

        DAVID T. HUANG
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. ct30434
        United States Attorney's Office
        District of Connecticut
        157 Church Street, New Haven, CT 06510
        Tel.: (203) 821-3700

/s/ Brian E. Spears
BRIAN E. SPEARS
Counsel for Mahesh Patel
Spears Manning & Martini LLC


/s/ Guy Petrillo
GUY PETRILLO
Counsel for Robert Harvey
Petrillo, Klein, & Boxer LLP


/s/ Marc Weinstein
MARC WEINSTEIN
Counsel for Harpreet Wasan
Hughes Hubbard & Reed LLP


/s/ Richard F. Albert
RICHARD F. ALBERT
Counsel for Steven Houghtaling
Morvillo, Abramowitz, Grand, Iason & Anello P.C.


/s/ Marc Siegel
MARC SIEGEL
Counsel for Tom Edwards
Farmer Brownstein Jaeger Goldstein Klein & Siegel LLP


/s/ Audrey A. Felsen
AUDREY A. FELSEN
Counsel for Gary Prus
Koffsky & Felsen, LLC

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2022, a copy of the foregoing JOINT MOTION was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

*/s/ Carrie A. Syme*
_____
Carrie A. Syme
Assistant Chief, New York Office