UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:21-CR-220 (VAB) |
| | : | |
| v. | : | |
| | : | |
| MAHESH PATEL, | : | February 23, 2023 |
| ROBERT HARVEY, | : | |
| HARPREET WASAN, | : | |
| STEVEN HOUGHTALING, | : | |
| TOM EDWARDS, and | : | |
| GARY PRUS | : | |

**THE UNITED STATES' MOTION *IN LIMINE* #2
TO EXCLUDE OR LIMIT
THE EXPERT OPINIONS OF TY LOPEZ AND GREGG COHEN**

The United States of America respectfully moves the Court *in limine* to exclude or limit the opinions of two experts proffered by Defendants, Ty Lopez and Gregg Cohen. As explained in the accompanying memorandum of law, such a motion should be granted pursuant to Fed. R. Evid. 401, 403, and 702, as well as *Daubert v. Merrell Dow Pharm.*, 509 U.S. 579 (1993).

Specifically, the United States respectfully requests that the Court enter an order as follows:

(1) Excluding all the proffered opinions of Ty Lopez and Gregg Cohen, which relate to procompetitive justifications for the alleged conspiracy, on the grounds of irrelevance under Rules 401/403, Rule 702, and *Daubert* (as jointly requested in The United States' Motion *in Limine* #1);

(2) Or, in the alternative,

    a. Excluding Cohen's Opinion #3 and #4;

b. Provisionally allowing the remainder of Cohen's opinions (#1 and #2) and all of Lopez's opinions to be presented at trial, but strictly limited to each witness's first-hand experience and not extrapolated or applied to the facts or parties involved in this case; and,

(3) To the extent the Court allows Lopez or Cohen to offer any expert opinion at trial, compelling Defendants to produce, within 72 hours of this order:

a. Identification of the particular portions of any websites relied upon by each expert as a basis or reasons for their allowed opinion(s), and identification of the opinion(s) to which each of the materials relied upon relates;

b. Identification of any parties and products/services involved in any of Lopez's and Cohen's personal experiences that form the bases and reasons for any of their allowed expert opinion(s), and

c. All disclosures under 18 U.S.C. § 3500 and Fed. R. Crim. P. 26.2, including any applicable notes and draft summaries of expert testimony.

Respectfully submitted,

/s/ Carrie A. Syme
CARRIE A. SYME
T. JAKOB SEBROW
TRIAL ATTORNEYS, NEW YORK OFFICE
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Room 3630
New York, NY 10278
Tel.: (646) 714-1906

DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30434
United States Attorney's Office
District of Connecticut

157 Church Street  
New Haven, CT  06510  
Tel.: (203) 821-3700

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2023, a copy of the forgoing THE UNITED STATES' MOTION IN LIMINE #2 TO EXCLUDE OR LIMIT THE EXPERT OPINIONS OF TY LOPEZ AND GREGG COHEN was filed electronically and served to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept filing on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Carrie A. Syme*
                                        CARRIE A. SYME
                                        TRIAL ATTORNEY, NEW YORK OFFICE
                                        U.S. Department of Justice, Antitrust Division