# EXHIBIT H
# (GX-0363)
# Filed Under Seal