# EXHIBIT K
# (GX-0376)
# Filed Under Seal