UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:21-CR-220 (VAB) |
| | : | |
| v. | : | |
| | : | |
| MAHESH PATEL, | : | |
| ROBERT HARVEY, | : | March 9, 2023 |
| HARPREET WASAN, | : | |
| STEVEN HOUGHTALING, | : | |
| TOM EDWARDS, and | : | |
| GARY PRUS | : | |

# THE UNITED STATES' MOTION *IN LIMINE* #12
# TO EXCLUDE OR LIMIT
# THE EXPERT OPINIONS OF DENNIS W. CARLTON

In keeping with the mandate of *Daubert v. Merrell Dow Pharmaceuticals* and Federal Rules of Evidence 401, 403, and 702, the United States respectfully requests that the Court enter an order as follows:

(1) Excluding all the proffered opinions of Dennis Carlton, and precluding any new or amended opinions; or

(2) To the extent the Court permits any of Carlton's opinions, ordering Defendants to produce all unproduced disclosures relating to his admissible opinion(s), as set forth in this Motion and the Motion to Compel Defendants' Expert Discovery re Dennis Carlton (Dkt. 278).

Respectfully submitted,

*/s/ Carrie A. Syme*
CARRIE A. SYME
T. JAKOB SEBROW
TRIAL ATTORNEYS, NEW YORK OFFICE
U.S. Department of Justice, Antitrust Division
26 Federal Plaza, Room 3630

New York, NY 10278
Tel.: (646) 714-1906

DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30434
United States Attorney's Office
District of Connecticut
157 Church Street
New Haven, CT  06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2023, a copy of the foregoing THE UNITED STATES' MOTION IN LIMINE #12 TO EXCLUDE OR LIMIT THE EXPERT OPINIONS OF DENNIS W. CARLTON was filed electronically and served to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept filing on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Carrie A. Syme*
                                        CARRIE A. SYME
                                        TRIAL ATTORNEY, NEW YORK OFFICE
                                        U.S. Department of Justice, Antitrust Division