# EXHIBIT A



# PARAMETRIC SOLUTIONS INC.
PRODUCT DEVELOPMENT SERVICES

F-622-0038-A
Job Description – Material Coordinator

**Material Coordinator Job Summary**

Primarily responsible for ensuring all customer-owned hardware in the possession of Parametric Solutions – West (PSI West) is properly accounted for. This includes the coordination of receiving, incoming inspection, storing, control of movement within the shop, packing, and shipping of customer hardware.

ESSENTIAL FUNCTIONS
1. Act as the liaison for project leads for coordination of shipping and cartage companies the arrival of customer hardware into the PSI West shop.
2. Ensure the receiving inspection process is followed for all customer hardware arriving at PSI West.
3. Hold all discrepant shipments and notify project lead, and coordinate disposition.
4. Properly store customer hardware in the planned location.
5. Log customer hardware into the InFlow tracking system.
6. Coordinate hardware movement through the shop process while ensuring InFlow reflects actual status.
7. Maintain records of all customer hardware and subsequent disposition thereof.
8. Manage all shipping and receiving for PSI West.

<u>Education</u>
- ☐ Required – High School Diploma

<u>Work Experience</u>
- ☐ At least 5 years of experience

<u>Skills</u>
- ☐ Ability to operate forklift, pallet jack, and large hoisting systems
- ☐ Ability to work with computer-based material handling program and process
- ☐ The successful candidate will be able to work as a team member, and be self-motivated and responsible to work with little direction to perform assigned duties.

Employee: _[signature]_  Date: 10/9/14

Manager: _[signature]_  Date: 10/9/14

D.Collins　　　　　　　　Date printed 10/9/2014　　　　　　　　Page 1 of 1